HELEN FREDENBURGH, Appellant, v. HOLMES MUSIC HOUSE, INC., Respondent. (Actions Nos. 1 & 2).— Judgments unanimously affirmed, with costs. Present —Cochrane, P. J., Van Kirk, Hinman, Hasbrouck and McCann, JJ.

ELWOOD R. GOINS and Another, Appellants, v. SENECA J. ATWOOD, Respondent.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the plaintiffs have not made any binding election and the amendment to the complaint is within the permission given by this court on the former appeal. [See 204 App. Div. 439.] Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ., concur.

Before STATE INDUSTRIAL BOARD, Respondent. ISAAC E. GILES and Another, Claimants, Respondents, v. SIBLEY-PITMAN ELECTRICAL CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. MARY GARRETT, Claimant, Respondent, v. HAYDEN, KENNY & BOBBS, INC., and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the authority of *Jeffreyes* v. *Sager Co.* (198 App. Div. 446; affd., 233 N. Y. 535). Cochane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ., concur.

Before STATE INDUSTRIAL BOARD, Respondent. ELLA GUNN, Claimant, Respondent, v. AMERICAN LAUNDRY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. WALTER HINTS, Claimant, Respondent, v. THE STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hasbrouck and McCann, JJ.

THE HARTWOOD CLUB, Respondent, v. REBECCA MORRIS VALUE, Appellant, and CAROLINE VALUE WARING, Respondent.— Judgment unanimously affirmed, with costs against the appellant. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. MARGARET M. JOYCE, Claimant, Respondent, v. EASTMAN KODAK COMPANY, Appellant.— Award affirmed, with costs in favor of the State Industrial Board. Cochrane, P. J., H. T. Kellogg, Hinman and Hasbrouck, JJ., concur; McCann, J., dissents on the ground that the claimant was bound by withdrawal of her claim.

JACOB DOLD PACKING COMPANY, Respondent, v. JACOB WEISMAN, Appellant. — Judgment and order unanimously affirmed, with costs. Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS KENNY, Claimant, Respondent, v. PAPER STORES COMPANY, INC., and Another, Appellants.— Award modified so as to provide that the increase in compensation shall not take effect prior to March 27, 1922, and as so modified unanimously affirmed, without costs, on the authority of *Matter of Salotar* v. *Neuglass & Co.* (228 N. Y. 508); *Polucci* v. *Norris Co.* (195 App. Div. 805); *Neglea* v. *Zimmerman Corp.* (206 id. 634). Present — H. T. Kellogg, Van Kirk, Hinman, Hasbrouck and McCann, JJ.